# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00181-CV

**Douglas Cones, Appellant**

**v.**

**Lynn B. Helton, as Independent Executrix of the Estate of Julian Denning Driscoll, Deceased, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF HAYS COUNTY
### NO. 17-0334-P, THE HONORABLE DAVID GLICKLER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Douglas Cones has filed an unopposed motion to dismiss this appeal.

We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Cindy Olson Bourland, Justice

Before Justices Puryear, Goodwin, and Bourland

Dismissed on Appellant's Motion

Filed:   August 23, 2018